ACCEPTED
01-15-00239-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 6:40:52 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00239-CR

| | | |
|---|---|---|
| **OSCAR RENE RIVERA** | § | **IN THE FIRST DISTRICT** |
| | § | |
| | § | FILED<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| **VS.** | § | **COURT OF APPEALS** 7/27/2015 6:40:52 PM |
| | § | |
| | § | CHRISTOPHER A. PRINE |
| **THE STATE OF TEXAS** | § | **OF TEXAS** Clerk |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW Oscar Rene Rivera, Appellant, by and though his undersigned attorney of record, and files this Motion to Extend Time to File Appellant's brief herein, and as sufficient cause therefore shows the following facts within the personal knowledge of Appellant's attorney:

I.

Appellant was indicted for the felony offense of Indecency With a Child. Appellant pled not guilty and proceeded to trial. The trial jury found Appellant guilty and sentenced him to 10 years on community supervision. Appellant filed timely written notice of appeal.

II.

On June 30, 2015, Appellant's attorney received notice from this Honorable Court of Appeals that Appellant's motion to extend time to file Appellant's brief had been granted, making Appellant's brief due on or before July 27, 2015.

1

III.

Appellant's attorney hereby requests that the due date for Appellant's brief be extended by a period of 30 days until August 26, 2015. This is Appellant's third request for an extension in this matter.

IV.

The facts relied upon to reasonably explain the need for the requested extension are as follows:

Appellant's attorney is a solo practitioner who had a full schedule of court appearances on numerous pending felony cases since June 30, 2015. In addition, during this same period Appellant's attorney was involved in pre-trial preparations in five pending felony trial cases, four of which were set for jury trial the week of July 6, 2015. Further, Appellant's attorney was involved in reviewing records and researching points of error in nine other pending direct appeals, including three with briefs filed the week of July 6, 2015.

Given the foregoing facts, Appellant's attorney did not have adequate time available to properly review the appellate record, fully research potential points of error, and draft and file an appropriate appellate brief on Appellant's behalf by the current due date of July 27, 2015.

WHEREFORE, ALL PREMISES CONSIDERED, Appellant prays that this Honorable Court of Appeals will grant this motion and extend the time to file Appellant's brief for a period of 30 days to August 26, 2015.

Respectfully Submitted,

*/s/ Randall J. Ayers*

_____

Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas 77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)

## CERTIFICATE OF SERVICE

I certify that I served the foregoing motion on the District Attorney of Harris County, Texas, by sending a copy to Mr. Alan Curry, Chief of the Appellate Division, Harris County District Attorney's Office, via electronic service to **curry_alan@dao.hctx.net** on July 27, 2015.

*/s/ Randall J. Ayers*

_____

Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas  77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)

## CERTIFICATE OF COMPLIANCE

Pursuant to the provisions of Rule 9(i)(3) of the Texas Rules of Appellate Procedure I certify that this document contains **531** words.

*/s/ Randall J. Ayers*

_____

Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas  77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)